PER CURIAM.
Reversed. See City of New Orleans v. Dukes, 427 U.S. 297, 96 S.Ct. 2513, 49 L.Ed.2d 511 (1976); Katzenbach v. Morgan, 384 U.S. 641, 86 S.Ct. 1717, 16 L.Ed.2d 828 (1966); Williamson v. Lee Optical Co., 348 U.S. 483, 75 S.Ct. 461, 99 L.Ed. 563 (1955); Lasky v. State Farm Insurance Co., 296 So.2d 9 (Fla.1974); Finlayson v. Conner, 167 So.2d 569 (Fla.1964); Riley v. Lawson, 106 Fla. 521, 143 So. 619 (1932).
It is so ordered.
ENGLAND, C. J., and ADKINS, OVER-TON, SUNDBERG and ALDERMAN, JJ., concur.
BOYD, J., dissents with an opinion.